UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 01-37-01L

JOHN MARTINEZ

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, John Martinez, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law.

John Martinez,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, First Assistant United States Attorney, Kenneth Madden, AUSA and Kristin Mattias, USPO on June 26, 2008/.

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 01-37-01L

JOHN MARTINEZ

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

Mr. Martinez entered a guilty plea to a two count indictment on May 14, 2003. He was sentenced to 168 months incarceration on July 31, 2003. Mr. Martinez was assigned a total offense level of 29 with a criminal history category VI. His guideline range was 151 to 188 months of incarceration. As part of the plea agreement the government agreed to recommend a sentence at the low end of the guideline range.

On November 1, 2007, the United States Sentencing Commission reduced the guidelines for crack cocaine offenses by two levels. Calculated under the post November 2007 guidelines Mr. Martinez would have a total offense level of 27. His advisory guideline range would be 130 to 162 months.

For these reasons the Court should grant this motion and reduce Mr. Martinez's sentence to 130 months incarceration.

JOHN MARTINEZ,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Mary_McElroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, First Assistant United States Attorney, Kenneth Madden AUSA and Kristin Mattias, United States Probation Officer on June 26, 2008.

/s/ Mary S. McElroy