UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 01-37-01L

JOHN MARTINEZ

SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION FOR SENTENCE
REDUCTION AND REQUEST FOR HEARING

NOW comes the defendant, John Martinez, and supplements his motion for reduction of sentence with the following information for the court to consider.

In its response to his motion, the government has asked that the Court impose a mid range sentence under the amended guidelines. While it is certainly in the discretion of the Court to impose any reduction that it deems appropriate, the government, in this case, is obligated to ask for and advocate for, the low end of the guidelines.

When Mr. Martinez plead guilty to the charge in this case the government agreed to recommend the low end of the guidelines regardless of what that guideline range would be. (A copy of the plea agreement is attached to this memorandum). The government's obligations to honor the plea agreement do not end at the time of sentencing. As a result the government, although it does not have to take any position, must honor the plea agreement and recommend the low end of the revised guidelines when it chooses to take a position. That is particularly so in a case such as this one where there are no public safety factors that could possibly give the government a reason to request a higher sentence than it is obligated to under the plea agreement.

Plea agreements are the product of negotiation and as such represent the obligation of the parties involved. Courts have held that prosecutors engaging in plea bargaining will be held to

"the most meticulous standards of both promise and performance." *United Stats v. Riggs*, 287 F. 3d 221, 224 (1st Cir. 2002) (quoting *United States v. Velez Carrero*, 77 F.3d 11, 11 (1st Cir. 1996).

The government in this case did not agree to recommend a specific sentence but simply to recommend a sentence at the low end of the guideline range. The plea agreement is not limited by date. The obligations of the government, under the plea agreement, extend to the present time. As such the government is obligated to recommend a sentence at the low end of the guideline range once it decides to make a recommendation. Prosecutors are prohibited from making "end runs" around plea agreements. *United States v. Canada*, 960 F.2d 263, 269 (1st Cir. 1992). Therefore the government cannot advocate for a sentence higher than the low end of the guideline under the guise of providing guidance or information to the Court.

______It is clear that the Court can consider any information permitted under 18 U.S.C. §3553 (a) in order to determine whether, and to what extent, it should reduce a defendant's sentence under the amended crack cocaine sentencing guidelines. Toward this end Mr. Martinez asks the court to consider all of the certificates of achievement that are attached to this memorandum and have been previously provided to the attorney for the government.

Mr. Martinez has completed several courses including "Doing Time With A Right Mind"; a 350 hour course in sewing and upholstery; the drug education program; the worker proficiency course and Introduction to ISO 9001:2000. In addition Mr. Martinez has compiled an impressive work record, signed up for forklift training and participated in the breast cancer awareness walk.

Mr. Martinez has not squandered the time and opportunity that incarceration has offered him. Instead he has used his time productively. The Court should consider all of this in

determining the appropriate sentence for Mr. Martinez. He is precisely the type of inmate that should be afforded the maximum reduction in his sentence under the crack cocaine sentencing amendments. He is therefore again requesting that this court reduce his sentence to a period of incarceration of 130 months.

At this time, and because of the government's lack of compliance with the plea agreement in this case, Mr. Martinez is requesting a hearing and the opportunity to personally address the Court.

JOHN MARTINEZ,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Mary_McElroy@fd.org

CERTIFICATION

I hereby certify that I filed the within electronically with a copy to Luis Matos, First Assistant United States Attorney, Kenneth Madden AUSA and Kristin Mattias, United States Probation Officer on July 7, 2008.

/s/ Mary S. McElroy

DTRM DTRM

# Certificate of Achievement

*Presented on this Twenty Eighth day of March*
*in the year Two Thousand and Four*

*John Martinez*

In Recognition of Your Completion
of the eight week course "Doing Time With A Right Mind"

March 28,2004
Date

Ron Dimmie Coordinator

# *Certificate of Achievement*

awarded to:

## John Martinez

**FOR SUCCESSFUL COMPLETION OF 350 HOUR COURSE OF STUDY**

**SEWING AND UPHOLSTERY**

*SUPERVISOR OF EDUCATION*

*April 30, 2004*

*VOCATIONAL INSTRUCTOR*

# Federal Bureau of Prisons
# FCI Otisville
# Certificate of Completion

***JOHN MARTINEZ***

05280-070

In recognition of his participation in the Drug Education Program here at FCI Otisville, he is presented with this certificate of completion of the program.

This certificate is hereby issued this 4th day of October, 2007

P. Griffin, PhD, Drug Abuse Program Coordinator

Eleni M. Dariotis, M.Ed., Drug Treatment Specialist

# *Certificate of Appreciation*

***Presented To:***

**John Martinez**

***For your participation in the Breast Cancer Awareness Walk***
***Held on Wednesday, October 31st 2007***
***At FCI Otisville, New York***

***Mike Repecki***
***Supervisor of Recreation***

***Tracy Longacre***
***Federal Woman's Program Manager***

# CERTIFICATE

***This is to certify that in the month of November 2007***

## *John Martinez*

*Successfully completed the Otisville Worker Proficiency Course*
*Based on J-STD-001D and has demonstrated*
*a thorough understanding of the subject*

(This Certificate expires November 2009 and only valid at F.C.I. Otisville, N.Y).

*M. Curesky, Instructor*

*Michael D. Rowley, Factory Manager*

*M. Killmer, S.O.I.*

# Certificate of Completion

**Presented To**

## John Martinez

The above-mentioned has successfully completed Introduction to *ISO 9001:2000 Training Program* at the *Federal Correctional Facility Otisville* in *Otisville, New York 10963*. The above-mentioned has completed **3-hours** training and has successfully completed the course requirements. This certificate is awarded this ***13th*** Day of ***September 2007***.

## *Introduction to ISO 9001:2000*

***Electronic Division***
**Federal Prison Industries**
UNICOR – FCI - Otisville

*Alexander Graham, **Quality Manager***
Course Certifier

UNICOR F.P.I. Otisville, N.Y.

Issue Date: November 01, 2007

Expiration Date: November 01, 2009

M. Curesky, Instructor

Michael D. Rowley, Factory Manager

**UNICOR Industrial Training**

This is to certify that:

**Name:** **John Martinez** **No:** **05280-070**

Has qualified to **J-STD-001D** training, and has indicated the proper skills to perform the following:

- ✓ General Requirements
- ✓ Wire/Lead, Cable Preparation and Tinning
- ✓ Soldering Terminals, Cups and J-Hooks
- ✓ ESD and Handling Installation
- ✓ Inspection

(Valid only at UNICOR Otisville, N.Y)

# UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: Martinez John REGISTER NUMBER: 05280-070

LAST, FIRST, MIDDLE INITIAL

| 1 4 4 | 1 1 0 5 | 7 2 6 8 6 4 0 1 8 |
|---|---|---|
| INSTITUTION CODE | INDUSTRY CODE | WORK ASSIGNMENT DOT CODE |

| M M D D Y Y | M M D D Y Y |
|---|---|
| 0 3 0 5 0 7 | 0 8 0 6 0 7 |
| EVALUATION BEGIN DATE | EVALUATION END DATE |

Rating Scale: 1=Much Worse than Average 2=Worse than Average 3=Average 4=Better than Average 5=Much Better than Average

Inmate Initials: JM

Supervisor Initials: AG

| Safety | Quality Assurance | Personal Conduct/Hygiene | Punctuality/Productivity | Compliance with Work Standards | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5 | 5 | 5 | 5 | | | | | | 25 |

Comments: Very good worker works well with others, recommendation for a promotion to grade 2.

QA manager

| 1 4 4 | 1 1 0 5 | 7 2 6 8 6 4 0 1 8 |
|---|---|---|
| INSTITUTION CODE | INDUSTRY CODE | WORK ASSIGNMENT DOT CODE |

| M M D D Y Y | M M D D Y Y |
|---|---|
| 0 9 0 6 0 7 | 0 3 0 6 0 8 |
| EVALUATION BEGIN DATE | EVALUATION END DATE |

Rating Scale: 1=Much Worse than Average 2=Worse than Average 3=Average 4=Better than Average 5=Much Better than Average

Inmate Initials: JM

Supervisor Initials: AG

| Safety | Quality Assurance | Personal Conduct/Hygiene | Punctuality/Productivity | Compliance with Work Standards | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 4 | 5 | 5 | 4 | | | | | | 23 |

Comments: Very good worker, continues to improve skills

QA Manager

16 FEB 2008

FPI - 44
Rev. 11/95

# *Community Economic Development*

***Presents:***

# Forklift Training Program



**Start Date: ....................................April 4, 2008**
**Time: .............................1:00 – 2:00 p.m.**
**Location: .........................................Chapel C**
**Instructors:.................. Mr. Fitzritson Ingram**
**Mr. Alberto Gonzalez**

**This five-week course is designed to assist inmates in obtaining job training skills to prepare for their transition into the community.**

***Eligibility Requirements:***

- Students must have a ***High School Diploma*** or enrolled in ***GED preparation.***
- Students must be within ***eighteen months of sentence completion***.

**Submit cop-outs to Mr. Welch by March 28, 2008**

**Applicants with three years and under can be placed on the waiting list. Individuals with less than 18 months remaining on their sentence will have priority.**