IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 01-037S |
| | : | |
| JOHN MARTINEZ | : | |

GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Upon further review of the record, the government agrees with the position of defense counsel concerning the plea agreement. In the plea agreement, the government committed itself to recommend the lowest end of the applicable guideline range or the mandatory minimum term of imprisonment, whichever was greater. The terms of that plea agreement still bind the government. Therefore, without reservation, the government recommends a term of imprisonment of 130 months and would request that all other terms of the original sentence remain in effect.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)

CERTIFICATION

I hereby certify that on the 18th day of July 2008, I electronically filed the Within Government's Supplemental Response To Defendant's Motion For Reduction Of Sentence Pursuant To Title 18 U.S.C. § 3582(c)(2), to:

Mary S. McElroy, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ Kenneth P. Madden

Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)