Hello Your honor

I would like to thank You first for taking the time to hear what I have to say. I want you to know this time I've been in Jail has been a life changing experince. I have been in Jail befor but never for so long with still more time to finish. from the time I got to Otisville in 2003 I have been doing Something with my time. I started in 2003 with 2 classes in vocational training I did one in the morning and one in the afternoon both where 350 hrs which I completed. After them classes I started other programs to keep busy and to stay out of trouble I worked in the chapel repairing the floors and then I went to work in unicore where I've been till now going on 3 years I advanced to a quality inspector from a line worker because I wanted to learn more. Your honor I'm 41 years old about to turn 42 Im not a young man anymore I have to live life right. I have had so much heart ache and pain and caused my family to live it with me, because of my bad choices I owe it to myself, my family, and the community to do good when I come home. I haven't seen my daughter in almost 3 years her mom moved to Florida, my oldest son is in Jail about to get out he's 22 my youngest son who was doing good in school when I was home is now failing but he has a Job as a lifeguard. I Just want to be there to guide them in a positive way by them seeing me do things right please take all these thing into

account when you make your determination on the amount of time you might consider giving me back to get my life togeather. I will never be befor any court ever again in my life. Because all I have to think about Is the times when I had visits with my mom and she had a smile on her face but I could see the pain in her eyes and I knew it was my fault or when my son cryed when he had to leave or the time when my daughter said I don't want to talk to you unless you come from behind the glass your honor enough is enough. When I'm released "I will be a productive citizen". Thanks again for your time and for hearing me out.

John Martinez