IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 01-037S |
| | : | |
| JOHN MARTINEZ | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER

As the government has already made its recommendation known to the Court, this memorandum briefly addresses only the issue of whether the defendant is entitled to a sentencing hearing, and whether one should be held. The defendant contends that he has a *right* to a sentencing hearing, referencing U.S.S.G. § 6A1.3. Defendant's Memorandum Of Law In Support Of Motion To Reconsider at p. 2. It is the position of the government that the defendant has no right to a sentencing hearing and that the Court may act upon the defendant's motion to reconsider without resort to such a hearing.

The government begins by acknowledging that the Court has the complete authority to hold a hearing as requested by the defendant. However, both case law and the Rules of Criminal Procedure note that the Court is not obligated to do so. A resentencing under 18 U.S.C. § 3582(c)(2) does not constitute a full de novo resentencing. United States v. McBride, 283 F.3d 612, 615 (3rd Cir. 2002); United States v. Bravo, 203 F.3d 778, 781 (11th Cir. 2000). Rule 43(b)(4) of the Federal Rules of Criminal Procedure states that a defendant's presence is not required when the proceeding in question involves the reduction of a sentence under 18 U.S.C. §

3582(c). Various courts which have considered motions brought pursuant to § 3582(c) have rejected demands by defendants for a hearing. See, e.g., United States v. Legree, 205 F.3d 724 (4th Cir. 2000) (upholding district court's denial of § 3582(c)(2) motion and defendant's request for a hearing); United States v. Tidwell, 178 F.3d 946 (7th Cir. 1999) (noting that the Federal Rules of Criminal Procedure do not require the presence of the defendant at a § 3582(c) proceeding); United States v. Johnson, 556 F.Supp.2nd 563 (W.D.Va. 2008) (court granted § 3582(c) motion after considering defendant's conduct while incarcerated, including disciplinary incidents and participation in prison educational programs, but denied his request for a resentencing hearing); United States v. May, 2008 WL 2790212 (S.D.Ala., decided July 18, 2008) (district court denied § 3582(c)(2) crack cocaine reduction motion as well as defendant's request for an evidentiary hearing); United States v. Robinson, 2008 WL 2578043 (W.D.Pa., decided June 26, 2008) (defendant has no right to appear in a § 3582(c)(2) proceeding); United States v. Green, 2008 WL 2312927 (E.D.Mo., decided May 30, 2008) (granting crack cocaine reduction motion under § 3582(c)(2), but denying sentencing hearing request); United States v. Mackey, 2008 WL 2018270 (W.D.N.C., decided May 6, 2008) (in motion to reconsider, rejecting defendant's argument that due process required a hearing on his § 3582 motion).

Further, the Court had all of the information before it necessary to decide the motion. The Court had before it the government's supplemental response, the Probation Office memorandum dated April 17, 2008, a summary of the defendant's disciplinary record, various

certificates of achievement, completion and appreciation received by the defendant while incarcerated, and the July 31, 2003 sentencing transcript. The defendant offers nothing new.

Based upon the foregoing, the government asks that the defendant's request for a hearing be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

I hereby certify that on the 12th day of August 2008, I electronically filed the Within Government's Response To Defendant's Motion To Reconsider, to:

Mary S. McElroy, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
kenneth.madden@usdoj.gov